CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Joseph Daniel Flores**<br>DOB: 2002; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br><br>26-00394MJ |

| Complaint for violation of Title 18, United States Code, §§ 113(a)(3) and 1153 |
|---|

On or about March 27, 2026, in the District of Arizona, within the confines of the Pascua Yaqui Indian Reservation, in Indian Country, Defendant **Joseph Daniel FLORES**, an Indian, did intentionally, knowingly, and recklessly assault J.F.F., with a dangerous weapon, that is, a screwdriver-type object with a red needle attached, with intent to do bodily harm; all in violation of Title 18, United Sates Code, Sections 113(a)(3) and 1153.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On March 27, 2026, at approximately 4:30am, Pascua Yaqui Police Department (PYPD) 911 communications received a call from J.F.F. reporting that he had been stabbed by his family member **Joseph Daniel FLORES** at J.F.F.'s residence. PYPD officers responded to the residence and located J.F.F. inside of the bathroom with an apparent puncture wound in his leg, on his mid-thigh which appeared to be bleeding. Pascua Yaqui EMS/Fire responded and treated the wound which did not require additional medical attention. J.F.F. told responding TOPD officers that he had gotten up to use the restroom when, for an unknown and unprovoked reason, **FLORES** entered the bathroom and stabbed him in the leg with an unknown object. J.F.F. stated he did not know what he was stabbed with but that it felt like an "epi pen" and happened fast. J.F.F. was later interviewed by FBI SA Nicole Woods and provided a consistent statement, adding that **FLORES** had entered the bathroom and stabbed him once in his left leg. After **FLORES** stabbed him, J.F.F. tried to tell **FLORES** not to do this. **FLORES** then handed J.F.F. a cell phone to call 911. J.F.F. stated that **FLORES** suffers from schizophrenia. J.F.F. stated he worried for his life when he was stabbed, adding that **FLORES** is unpredictable and might flip for no reason. PYPD Patrol Officers detained **FLORES** at the residence and escorted him to a patrol vehicle. During that time, **FLORES** spontaneously uttered "it's in the bedroom".

In a post-*Miranda* statement with FBI, **FLORES** confessed to puncturing J.F.F. in the thigh with a red "needle thing" he found outside of the residence. **FLORES** stated he was feeling anxious, depressed, nervous, and alone and that he couldn't sleep. He added that he let his feelings get the best of him. **FLORES** stated he wanted to hurt J.F.F. so that he could go back to federal prison. **FLORES** told FBI that the red needle object he used to stab J.F.F. would be located in a bedroom, next to the TV below the light switch. **FLORES** added that he was upset with J.F.F. because J.F.F. "made him be alive" and that **FLORES** suffered from suicidal thoughts.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>   Being duly sworn, I declare that the foregoing is<br>   true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *Sarah B. Houston* | SIGNATURE OF COMPLAINANT<br><br>NICOLE WOODS  Digitally signed by NICOLE WOODS<br>Date: 2026.03.27 13:31:46 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>FBI SA Nicole Woods |

Sworn by telephone  x

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 27, 2026 |
|---|---|

[1]   See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)  26-00394MJ**

During a search of the residence, law enforcement found a "Tester" tool with a red handle and an attached wire and clamp. This was found below the light switch where **FLORES** stated it would be. The item was subsequently collected and will be sent to FBI laboratory for DNA testing. Family members in the home told law enforcement that **FLORES** had been suffering from mental health issues and had made statements about wanting to go back to prison.

**FLORES** is an Indian and an enrolled tribal member of the Pascua Yaqui Indian Reservation.